TIFFANY & BOSCO
P.A.
2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-20020/0158750505

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Brandi Lynn Yantis<br>    Debtor.<br><br>Wells Fargo Bank, N.A.<br><br>    Movant,<br>vs.<br><br>Brandi Lynn Yantis, Debtor; Gayle E. Mills, Trustee.<br><br>    Respondents. | No. 4:09-bk-18106-JMM<br><br>Chapter 7<br><br>CERTIFICATE OF SERVICE<br>AND<br>NO OBJECTION |

STATE OF ARIZONA )
                        ) ss.
County of Maricopa )

    I, Mark S. Bosco, under oath, depose and say:

    That on October 14, 2009, I caused to be mailed a copy of the Notice of Filing Motion for Relief from Stay and Requirement to File, along with a copy of Motion for Relief from the Automatic

Stay, and a copy of a proposed Order Lifting Stay, in reference to the above captioned matter, by U.S. mail, postage prepaid, to the following interested parties:

Frank Gurule, Jr.
19561 North Sandalwood Drive
Maricopa, AZ 85239
Debtor

Paul D. Petersen
7255 E. Hampton Ave.
Ste. 107
Mesa, AZ 85209
Attorney for Debtor

Gayle E. Mills
P.O. Box 36317
Tucson, AZ 85740
Trustee

U.S. Trustee
230 North 1st Avenue, Suite 204
Phoenix, AZ 85003-1706

and no objection to relief has been received by the affiant

TIFFANY & BOSCO, P.A.

BY _____
Mark S. Bosco
2525 East Camelback Road
Suite 300
Phoenix, AZ 85016

SUBSCRIBED AND SWORN to before me this 3rd day of November, 2009.

_____
Notary Public

OFFICIAL SEAL
ISMAEL G. SOLARI
NOTARY PUBLIC - State of Arizona
MARICOPA COUNTY
My Comm. Expires July 26, 20__

Copy of the foregoing was
mailed this 3rd day of November, 2009.

Frank Gurule, Jr.
19561 North Sandalwood Drive
Maricopa, AZ 85239
Debtor

Paul D. Petersen
7255 E. Hampton Ave.
Ste. 107
Mesa, AZ 85209
Attorney for Debtor

Gayle E. Mills
P.O. Box 36317
Tucson, AZ 85740
Trustee

U.S. Trustee
230 North 1st Avenue, Suite 204
Phoenix, AZ 85003-1706

By: LaTricia Martin